**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **JUSTIN TAYLOR,** | ) | | |
| | ) | | |
| Plaintiff, | ) | **12 cv 01694** | |
| | ) | | |
| v. | ) | **Assigned Judge:** | |
| | ) | **Robert W. Gettleman** | |
| **REGIONAL ACCEPTANCE CORP.,** | ) | | |
| | ) | **Designated Magistrate Judge:** | |
| Defendants. | ) | **Sheila M. Finnegan** | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by plaintiff Justin Taylor ("plaintiff"), and defendant Regional Acceptance Corp. ("Regional Acceptance"), through their respective counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii): (a) plaintiff's individual claims against Regional are hereby dismissed without prejudice with leave to reinstate by May 31, 2012 after which the dismissal will be with prejudice; (b) the claims of the members of the putative classes identified in the Complaint and in the Motion for Class Certification are hereby dismissed without prejudice and without notice to the putative classes; and (c) each party shall bear his, her, or its own costs and expenses, including attorneys' fees (except as otherwise agreed to by the parties).

| /s/ Keith J. Keogh | /S/ /s/John F. Costello, Jr. |
|---|---|
| Keith J. Keogh | Clinton E. Cameron |
| Keogh Law, Ltd. | John F. Costello, Jr. |
| 101 N. Wacker Dr., Suite 605 | TROUTMAN SANDERS LLP |
| Chicago, IL 60606 | 55 W. Monroe St., Suite 3000 |
| Telephone: (312) 726-1092 | Chicago, IL 60606 |
| Keith@Keoghlaw.com | (312) 759-1920 - Telephone |
| *Counsel for Justin Taylor* | john.costello@troutmansanders.com |
| | *Counsel for Regional Acceptance Corp.* |

Dated: May 10, 2012